479 A.2d 1136

Commonwealth v. Vermillian, Appellant.

Submitted April 16, 1984. Clifford B. Cohn, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Request to withdraw is denied; case remanded for proceedings consistent with this opinion. Jurisdiction of this panel is hereby retained.